# United States District Court

WESTERN DISTRICT OF WASHINGTON

CHARLES MANNING,

    PLAINTIFF

    v.

STATE OF WASHINGTON DEPARTMENT OF CORRECTIONS, et al.,
    DEFENDANTS

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5420FDB

\_\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. Construing Plaintiff's "Response" objecting to Declarations of Stern, Sander and Keene [Dkt. #40] as a motion for a continuance, it is DENIED.

2. Defendants' Motion for Partial Summary Judgment on the federal claim pursuant to 42 U.S.C. Section 1983 [Dkt # 20] is GRANTED and this claim is DISMISSED.

3. The federal claim having been dismissed, with only state claims remaining, this Court declines to exercise supplemental jurisdiction over the remaining state claims, and this cause of action is REMANDED to Thurston County Superior Court.

  April 10, 2008

                                                                         BRUCE RIFKIN
                                                                                Clerk

                                                                                /s/  Pat LeFrois

                                                                                Deputy Clerk